

The following constitutes the order of the court.
Signed August 13, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>818 Green Street LLC,<br><br>      Debtor.<br>_____<br><br>Martin Lee Eng,<br><br>      Plaintiff,<br><br>      v.<br><br>818 Green Street LLC,<br><br>      Defendant.<br>_____ | No. 14-42286<br>Chapter 11<br><br><br><br><br><br>Adv. Pro. No. 14-04094 |

**MEMORANDUM REGARDING STATUS CONFERENCE**

An *Application to Proceed Without PrePaying Fees or Costs* was filed in the above-captioned adversary proceeding on August 6, 2014 (Doc. 3). A status conference is scheduled in the adversary proceeding for September 24,

1

2014.  The *Application* will be considered at the status conference.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

1

2   Martin Lee Eng
    820 Green Street
3   San Francisco, CA 94133

4
    Jonathan Matthews
5   Law Offices of Jonathan Matthews
    60 Miwok Way
6   Mill Valley, CA 94941

7
    Mark W. Lapham
8   Law Offices of Mark W. Lapham
    751 Diablo Rd.
9   Danville, CA 94526

10
    Margaret H. McGee
11  Office of the U.S. Trustee
    1301 Clay St. #690N
12  Oakland, CA 94612-5217

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28