Law Offices of Jonathan Matthews
SBN 232157
1321 40th Street #223
Emeryville, CA 94608
Phone: 415-283-6320
Email: arbitrator@yahoo.com

**Attorney for Plaintiff**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 818 GREEN STREET, DEBTOR | Case No.: 14-42286 |
| MARTIN LEE ENG, <br><br> Plaintiff, <br><br> vs. <br><br> 818 GREEN STREET LLC; JOHN KENDALL, (US BANKRUPTCY TRUSTEE), <br><br> DEFENDANTS | AMENDED ADVERSARY PROCEEDING COMPLAINT <br><br> AP CASE NO 14-4094 |

# FIRST AMENDED COMPLAINT

## INTRODUCTION

1. Plaintiff brings this action to formally object to an asset listed by 818 Green Street LLC as owned by them and therefore as part of the bankruptcy estate and to require removal of this asset from the bankruptcy estate of 818 Green Street LLC.

2. Plaintiff bases this objection on the fraudulent transfer by Harry Nguyen of the property known as 818-820 Green Street, San Francisco, CA 94108 from Pioneer 74 Lots, LLC to 818 Green Street LLC on May 23, 2014.

AMENDED COMPLAINT ADVERSARY PROCEEDING - 1

## PARTIES AND JURISDICTION

3. Plaintiff Martin Lee Eng is the sole owner of Pioneer 74 Lots, LLC, which holds a 75% ownership interest in the property known as 818-820 Green Street, San Francisco, CA. Martin Lee Eng individually holds the remaining 25% interest in the subject property.

4. Defendant 818 Green Street LLC is a California Limited Liability company located at 1433 7th Avenue, San Francisco, CA 94122. Defendant is the Debtor in the pending Chapter 11 Bankruptcy Case No. 14-42286 in the Northern District of California (Oakland).

5. Defendant John Kendall is the US Bankruptcy Trustee in the Northern District of California. Defendant is the U.S. Trustee in the pending converted Chapter 7 Bankruptcy Case No. 14-42286 in the Northern District of California (Oakland).

6. The relief sought by the complaint generally affects the assets claimed by the Debtor included in the estate and therefore is a core proceeding with the meaning of 28 USC §157 (b)(2)(H) and to the extent that this proceeding involves any non-core matters, the Plaintiff hereby consents to the entry of final orders by the Bankruptcy Judge.

## FACTUAL BACKGROUND

7. Martin Eng ("ENG") acquired title to the property located at 818-820 Green Street, San Francisco, CA 94133 ("818 GREEN PROPERTY") through a deed recorded on August 26, 2005 as record number 2005.027706 in the Official Records, San Francisco County, CA.

8. On February 9, 2009, ENG transferred title of 818 GREEN PROPERTY to Pioneer 74 Lots LLC ("PIONEER") through a deed recorded on February 6, 2009 as record number 2009.717005 in the Official Records, San Francisco County, CA.

9. The 818 GREEN PROPERTY was re-conveyed to ENG on October 4, 2013 through a deed recorded on October 4, 2013, as record number 2013.766874 in the Official Records, San Francisco County, CA. ENG then re-conveyed a 75% interest in the 818 GREEN PROPERTY back to PIONEER on the same date through a deed recorded on October 4, 2013 as record number 766876 in the Official Records, San Francisco County, CA. The remaining 25% interest was conveyed to a third party in 2013, but was re-conveyed back to ENG on April 25, 2014 through a deed recorded as record number 870528 in the Official Records, San Francisco County, CA.

10. On May 23, 2014, 818 Green Street LLC ("818 GREEN LLC") recorded a grant deed in the official records of San Francisco County, CA, attempting to transfer 818 GREEN PROPERTY to the 818 GREEN LLC. The signature of ENG, the Managing Owner of PIONEER was forged on this document. The recording was requested by Harry Nguyen, a party unknown to ENG.

11. On May 26, 2014, 818 GREEN LLC filed a Chapter 11 Voluntary Petition for bankruptcy. In schedule A – Real Property of that petition, the 818 GREEN PROPERTY was listed as an asset of 818 GREEN LLC. The Chapter 11 Proceeding has subsequently been converted to a Chapter 7 proceeding and Bankruptcy Trustee Kendall is officiating over that action.

AMENDED COMPLAINT ADVERSARY PROCEEDING - 3

# FIRST CLAIM FOR RELIEF
## FRBP 7001(9) – DECLARATORY JUDGMENT

12. Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs as though fully set forth herein.

13. An actual controversy has arisen and now exists between Plaintiff and Defendant concerning their respective rights and duties in that Plaintiff contends that he is the owner of the 818 GREEN PROPERTY, whereas Defendant disputes this contention and contends that it is the owner of the 818 GREEN PROPERTY and that such property should be included in the bankruptcy estate of 818 GREEN LLC.

14. Plaintiff desires a judicial determination of Plaintiffs rights and a declaration as to the ownership of the 818 GREEN PROPERTY

15. A judicial declaration is necessary and appropriate at this time under the circumstances in order that Plaintiff may ascertain the right of Defendant to include the 818 GREEN PROPERTY in the bankruptcy estate of Defendant. Plaintiff is in danger of having his property sold by the bankruptcy trustee, and Defendant has created a cloud on Plaintiff's title to the 818 GREEN PROPERTY.

# SECOND CLAIM FOR RELIEF
## CANCELLATION OF INSTRUMENTS

16. Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs as though fully set forth herein.

17. A written instrument that purports to be a Grant Deed executed by ENG on behalf of PIONEER transferring title to the 818 GREEN PROPERTY to 818 GREEN LLC exists

AMENDED COMPLAINT ADVERSARY PROCEEDING - 4

as is of record in the Official Records of San Francisco County, CA as instrument number 2014.887317.

18. This instrument, although apparently valid on its face, is void in that the signature of ENG on behalf of PIONEER has been forged and is fraudulent.

19. Plaintiff alleges that Defendants do not have the ability to verify that the subject document was signed by ENG on behalf of PIONEER.

20. In order to serve justice and protect the ownership rights of Plaintiff in the 818 GREEN PROPERTY, Plaintiff requests that the Court determine that the Grant Deed is void and order its cancellation.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendant as follows:

1. For a removal of the 818 GREEN PROPERTY from the bankruptcy estate of Defendant 818 GREEN STREET LLC.

2. For a declaration that Defendant 818 GREEN STREET LLC has no ownership interest in the 818 GREEN PROPERTY

3. For a cancellation of the Grant Deed transferring ownership of the 818 GREEN PROPERTY from PIONEER to Defendant 818 GREEN STREET LLC.

4. For any debt relief due the Plaintiff from actions taken regarding the 818 GREEN PROPERTY asset in the pending Chapter 7 Proceeding.

Dated this 24th day of October, 2014.

Respectfully Submitted,

_____
Jonathan Mathews, Attorney for Plaintiff

AMENDED COMPLAINT ADVERSARY PROCEEDING - 6