Law Offices of Jonathan Matthews
SBN 232157
1321 40th Street #223
Emeryville, CA 94608
Phone: 415-283-6320
Email: arbitrator@yahoo.com
**Attorney for Plaintiff**

FILED

MAR 19 2015

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 818 GREEN STREET, DEBTOR | Case No.: AP No. 14-04094 |
| | DECLARATION RE: STATUS CONFERENCE MARCH 18, 2015 |
| MARTIN LEE ENG<br><br>Plaintiff,<br><br>vs.<br><br>818 GREEN STREET LLC<br><br>DEFENDANT | |

I, Jonathan Matthews, testify to the following under penalty of perjury:

1. I was aware of the March 18, 2015 status conference in the above-entitled case and filed the status conference paperwork with the Court prior to the appearance.
2. My absence at the status conference was due to a breakdown of my automobile in Walnut Creek on Highway 680 at approximately 10:24 AM where the head gasket broke and caused my car the complete inability to steer and move.
3. This mishap occurred after I had left my previous court hearing in Martinez, CA.

- 1 -
DECLARATION – ENG v. 818 GREEN STREET LLC

4. I called the Court upon this event to notify them of the mishap, called both Judge Lafferty's clerks and left a message.

5. I also called the courtroom deputy and left a message regarding my automobile situation and left my number..

6. I was able to later talk to one of Judge Lafferty's clerks and was informed of the next status conference date of May 6, 2015.

Dated: 03/19/2015

Respectfully Submitted,

By: /s/ Jonathan Matthews
Attorney for Plaintiff MARTIN ENG