Entered on Docket
August 31, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 28, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 14-42286 |
| 818 Green Street LLC, | Chapter 7 |
| Debtor. | |
| | Adv. Pro. No. 14-04094 |
| Martin Lee Eng, | |
| Plaintiff, | **Trial Date:** October 23, 2015<br>**Time:** 9:00 A.M.<br>**Length of Trial:** 1 day |
| 818 Green Street LLC,<br>John Kendall, | |
| Defendants. | |

**SCHEDULING ORDER FOR TRIAL**

The Court held a status conference in the above-captioned adversary proceeding on August 26, 2015. The appearances made at

the status conference were noted on the record. Upon due consideration, the Court hereby enters the following scheduling order:

1. The Trial in this adversary proceeding will commence on **October 23, 2015 at 9:00 A.M.**, at the United States Bankruptcy Court, 1300 Clay St., Courtroom 220, Oakland, California, 94612. The trial is scheduled to be completed in **one day**.

2. Direct oral testimony may be presented at the Trial.

3. **Not later than seven (7) calendar days before the date set for Trial,** each party shall:

    (a) File, serve and provide the Court with a Chambers Copy of a trial brief. The trial brief shall include a summary of the facts to be proven and the legal theories on which the party relies. The Court will not normally request or permit post-trial briefs. Briefs shall not exceed fifteen (15) pages without prior permission of the Court.

    (b) File, exchange and provide the Court with a Chambers Copy of: (i) any declarations and supporting documentation that the parties intend to rely on at Trial; and (ii) a notice identifying any other declarations or memoranda previously filed in connection with any preliminary hearings.

    (c) File and serve a list of exhibits (other than those exhibits to be used for impeachment or rebuttal) in accordance with the attached form. All items shall be completed with the exception of the date boxes pertaining to identification and admittance, which are to be left blank.

(d) Exchange, but not file, copies of all exhibits the party intends to introduce into evidence. Any paper(s) in the Court's file of which a party intends the Court to take judicial notice must be copied and included as an exhibit.

(e) Lodge with the Court **the original and two copies** of the party's exhibits, together with **the original and two copies** of the party's Exhibit List.

The exhibits shall be pre-marked for identification. Plaintiff's exhibits should be marked by number and Defendant's exhibits should be marked by letter. Each page of any exhibit that has more than one page is to be numbered consecutively.

If a party has ten (10) exhibits or less, the exhibits shall be marked with the party's number or letter in the lower right hand corner in ink. If a party has more than ten (10) exhibits, the exhibits should be placed in a three-ring binder with the exhibit list placed at the front of the bind. The exhibits shall be divided by tabs extending beyond the page on the right hand side and the tab shall bear the number or letter of the exhibit. If a party has in excess of twenty-five (25) exhibits, the party shall contact the Courtroom Deputy for further instructions.

4. Promptly after receipt of the items mentioned in Paragraph 3, each party must advise the opposing party of any objections to the introduction of testimony or exhibits. Parties must meet and confer before Trial to attempt to reach agreement regarding admissibility. The Court expects the

parties to make good faith efforts to resolve all evidentiary issues.

   5.  If efforts to resolve questions regarding the introduction of testimony or exhibits are unsuccessful, motions in limine should be filed and served no later than **four (4) court days** before the date set for Trial.  Such motions should include a certification that the moving party has complied with paragraph. Opposition thereto should be filed and served no later than **one (1) court day** before the date set for Trial.  Copies of motions and oppositions should be delivered or faxed directly to Chambers.  Motions in limine will be heard at the commencement of Trial.

   6.  At the commencement of Trial, the parties shall be prepared to stipulate into evidence all exhibits that are admissible for at least one purpose.  Bonafide objections may be reserved, with the issue of admissibility deferred until the exhibit is offered into evidence.

   7.  The requirement of advance identification of witnesses and production of exhibits does not apply to witnesses and exhibits presented for purposes of impeachment or rebuttal.

   8.  Ongoing settlement discussions and/or undocumented resolutions of the matter **do not** excuse the parties from compliance with this order.  The only event that excuses compliance is a complete resolution of the matter which has been documented and which documentation has been filed with the Court prior to the deadlines set forth in the order.

9. Any failure of either party to comply timely with any of the provisions of this order may result in continuance of the matter to a date of the Court's choosing, judgment against such party, removal of the Trial from calendar, exclusion of evidence at trials, and/or imposition of monetary or non-monetary sanctions (including denial of the Motion for lack of prosecution without any further hearing).

**\*END OF ORDER\***

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Date _____

Case No. _____     Trial Date _____

Courtroom _____     Trial Time _____

_____ vs. _____

EXHIBIT LIST

( )   Creditor                          Attorney : _____

( )   Debtor                            Attorney: _____

| Exhibit Number/ Exhibit Letter | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Court Service List**

Martin Lee Eng
820 Green Street
San Francisco, CA 94133

Mark W. Lapham
Law Offices of Mark W. Lapham
751 Diablo Rd.
Danville, CA 94526

Jonathan Matthews
Law Offices of Jonathan Matthews
60 Miwok Way
Mill Valley, CA 94941

John Kendall, (US Bankruptcy Trustee)
945 Morning Star Dr.
Sonora, CA 95370